IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

            Plaintiff,

   vs.

Dileep Sakineni,

            Defendant.

Case No. 3:23CR575

Judge Jeffrey Helmick

DEFENDANT'S SENTENCING
MEMORANDUM

Dileep Sakineni respectfully requests that the Court fashion a sentence which is sufficient, but not greater than necessary, to accomplish the objectives set forth in 18 U.S.C. §3553. In doing so, the Defendant asks the Court to consider the following:

1. Mr. Sakineni is a long way from home! He comes from a farming village of approximately 2000 people in rural India. He came to the United States to study Information Technology on a student visa awarded to him based upon his intelligence, his academic accomplishments, his work ethic, and his interests.

To put into perspective the distance and cultural differences from which Mr. Sakineni came in order to study at the post graduate level in the United States, we offer a 4 minute Youtube video (which Dileep was involved in producing) of the remote rural village in the Republic of India in which he grew up (please cut and paste the following link, and feel free to skip the ad which

preceeds the video):

https://www.youtube.com/watch?v=iMNBNBMx248

2.  Mr. Sakineni had no knowledge of, or involvement in, the means, scope or breadth of the fraudulent conspiracy into which he was drafted.

The PSR guideline calculation enhancements adopted by the PSR writer ignore the fact that Mr. Sakineni had no knowledge of the intricate fraudulent misrepresentations that the principals operating the conspiracy utilized to fleece the elderly victims of their life savings. Neither did Mr. Sakineni have any reason to understand or foresee the scope and breadth of the conspiracy.  Mr. Sakineni's role in the conspiracy was limited to serving as a "bag man" who took orders from his handler, known only to him as "Peter," who kept Sakineni in the dark in regard to the fraudulent specifics which induced the elderly victims to go to the specified rendezvous spots and drop bags of money and gold bars into the back seat of Sakineni's and his co-defendants' vehicles.  Mr. Sakineni had no idea that he was being described as an "undercover detective" by the grifters who were fraudulently communicating with their victims for hours on end, and day after day.  Mr. Sakineni was only told to go to certain locations, to roll the back side window of the vehicle down, and to say absolutely nothing to the persons who approached the vehicle.  Then "Peter" gave him very specific directions as to how and where to transport and deliver the proceeds.

Mr. Sakineni was never aware of the fictitious "Oscar White" or any of the other persons (real or fictitious) involved in fleecing the victims, until after his arrest, when his counsel provided him with a copy of the affidavit in support of the criminal complaint.  Only then did he begin to realize the complexities and fraudulent machinations of the criminal conspiracy that he had been made a "bag man" for.  *Pinkerton* liability for the acts of co-conspirators requires that the acts be reasonably foreseeable as a necessary or natural consequence of the unlawful agreement.  Mr. Sakineni was kept in the dark about the specific fraudulent methods and the breadth of the conspiracy.  Mr. Sakineni was not even acquainted with three of the seven persons named in the Second Superseding Indictment.

And, apparently *none* of the principals involved in designing, directing and executing the complex and far ranging fraudulent conspiracy have been identified or arrested.

3.  Mr. Sakineni is a bright, polite, respectful, reliable and (unfortunately) gullible young man.  Each of these traits made him an efficient pawn for the fraudsters who drafted him to serve as a "bag man" for their conspiracy.

While he was on Pretrial Release from this court Mr. Sakineni completed his Master of Science degree in Information Studies at Trine University from which he graduated on December 14, 2024. A copy of his diploma is attached hereto as Exhibit A.

His conduct on Pretrial Release was entirely compliant with

its terms, and his supervising PTS Officer out of the Dayton office, Josh Bowman, told undersigned counsel that he was very proud of Dileep for obtaining his Masters Degree while on Pretrial Release.

As shown by the PSR, Mr. Sakineni has never had any prior contact with any criminal court.  And he is very unlikely to ever engage in illegal conduct of any kind in the future.

4.  Mr. Sakineni is not a U.S. Citizen and was in the United States on a Student Visa issued by the U.S. Embassy in New Delhi India. (See Exhibit B hereto).   He will certainly be deported as soon as this court and the Bureau of Prisons are finised with him.

In fashioning a sentence which is sufficient, but not greater than necessary to effectuate the sentencing factors set out at 18 U.S.C. §3553(a), this court should give consideration to the potentially lengthy detention and conditions that may ensue for Mr. Sakineni while Immigration officials incarcerate and process him back to his native country.

## Conclusion

Mr. Sakineni, having demonstrated a full acceptance of his guilt, requests this Court to be lenient in its adjudication of his fate.  His good behavior throughout his period of pretrial release, his lack of any criminal record, and his history of demonstrating a strong academic and work ethic bode well for his future law

4

abiding conduct and contributions to society.

Respectfully submitted,

by \s\Mark C. Geudtner
Mark C. Geudtner (0007914)
610 Adams St., 2nd Floor
Toledo, OH 43604
(419) 241-5506
FAX (419) 242-3442
mgeudt@sbcglobal.net
Attorney for Defendant

CERTIFICATION

I hereby certify that on February 17, 2025, a copy of the foregoing Defendant's Sentencing Memorandum was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

by \s\Mark C. Geudtner
Mark C. Geudtner (0007914)
610 Adams St., 2nd Floor
Toledo, OH 43604
(419) 241-5506
FAX (419) 242-3442
mgeudt@sbcglobal.net
Attorney for Defendant